# KML LAW GROUP, P.C.
A PROFESSIONAL CORPORATION INCORPORATED IN PENNSYLVANIA

**701 Market Street, Suite 5000**
**Philadelphia, PA 19106**
**(215) 627-1322**
[www.kmllawgroup.com](www.kmllawgroup.com)

March 31, 2023

The Honorable Michael B. Kaplan, U.S.B.J.
Courtroom # 8
402 E. State Street
Trenton, NJ 08608

    RE:  Patrick Mazza
    Case No. 20-11209-MBK
    Premises:  58 Maremanna Dr., Manalapan, NJ 07726
    Secured Creditor:  Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.

Dear Judge Kaplan,

    This office represents Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ("Secured Creditor"), holder of a mortgage on real property located at 58 Maremanna Dr., Manalapan, NJ 07726.  Please accept this letter in response to Debtor's motion to sell the subject property.

    Secured Creditor has reviewed the current motion to sell and the proposed form of order filed with the Court.  Secured Creditor does not object to the motion or the proposed order in its current form.  However, should the proposed order be revised, or if the underlying facts supporting the motion should change, including but not limited to the purchase price, Secured Creditor reserves its right to object to the motion.

    The Debtor is required to request a formal payoff prior to closing to ensure the loan is paid in full in accordance with the terms of the note, mortgage and applicable state laws. Secured Creditor's response, in its present form, is not an objection to the current motion to sell the subject property.  The undersigned does not intend to appear to prosecute an objection at this

time unless the proposed order is amended to a form deemed objectionable.

                                      Respectfully,
                                      KML LAW GROUP, P.C.

                                      ***/s/** Denise Carlon*
                                      Denise Carlon, Esquire
                                      dcarlon@kmllawgroup.com
                                      Attorney for Secured Creditor

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| KML Law Group, P.C.<br>By: Denise Carlon Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>Attorneys for Secured Creditor: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. | Case No.:  20-11209-MBK<br><br>Chapter:  13 |
| In Re:<br><br>  Patrick Mazza<br><br>              Debtor/Respondent | Judge: |

## CERTIFICATION OF SERVICE

1. I, Denise Carlon Esquire:

   ☒  Represent the <u>Secured Creditor</u> in the above-captioned matter.

   ☐  am the secretary/paralegal for , who represents the <u>Secured Creditor</u> in the above captioned matter.

   ☐  am the <u>                    </u> in the above case and am representing myself.

2. On March  31,  2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   • Response to Motion to Sell

3. I certify under penalty of perjury that the above document were sent using the mode of service indicated.

Dated: March 31, 2023                    */s/ Denise Carlon*
                                          Denise Carlon, Esquire

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Patrick Mazza<br>58 Maremanna Drive<br>Manalapan, NJ 07726 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  | Co-Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven J. Abelson<br>Abelson Law Office<br>80 West Main Street<br>PO Box 7005<br>Freehold, NJ 07728 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |