**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Patrick Mazza**<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–5305<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20-11209-MBK | |

# Order of Discharge                                                            12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patrick Mazza

<u>6/9/23</u>                                              **By the court:** <u>Michael B. Kaplan</u>
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                        **Chapter 13 Discharge**                        page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Patrick Mazza  
    Debtor

Case No. 20-11209-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Jun 09, 2023      Form ID: 3180W      Total Noticed: 76

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Patrick Mazza, 58 Maremanna Drive, Manalapan, NJ 07726-6038 |
| cr | + | QUICKEN LOANS INC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518783823 | + | Goldman Sachs Bank USA, c/o John D. Sadler, 1909 K Street NW, 12th Floor, Washington DC 20006-1152 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 09 2023 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 09 2023 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518677349 | + | EDI: RMSC.COM | Jun 10 2023 00:52:00 | Amazon Store Card, Synchrony Bank, P.O. Box 965015, Orlando, FL 32896-5015 |
| 518677350 | + | Email/PDF: bncnotices@becket-lee.com | Jun 09 2023 21:22:59 | American Express, 200 Vesey Street, New York, NY 10285-0002 |
| 518709181 | + | Email/Text: bkfilings@zwickerpc.com | Jun 09 2023 21:04:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 518677351 | | EDI: BANKAMER.COM | Jun 10 2023 00:52:00 | Bank of America, P.O. Box 982234, El Paso, TX 79998 |
| 518677348 | | EDI: BANKAMER.COM | Jun 10 2023 00:52:00 | AAA Financial Services, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 518766108 | + | EDI: BANKAMER2.COM | Jun 10 2023 00:52:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518677352 | | EDI: TSYS2 | Jun 10 2023 00:52:00 | Barclaycard, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 518677354 | + | EDI: CITICORP.COM | Jun 10 2023 00:52:00 | Best Buy Credit Services, Citibank, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 518677355 | + | EDI: CAPITALONE.COM | Jun 10 2023 00:52:00 | Capital One, Bankruptcy Dept, P.O. Box 30273, Salt Lake City, UT 84130-0273 |
| 518746659 | + | EDI: AIS.COM | Jun 10 2023 00:52:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518734199 | | Email/PDF: bncnotices@becket-lee.com | Jun 09 2023 21:22:44 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518677356 | + | EDI: RMSC.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 10 2023 00:52:00 | CareCredit/Synchrony, Bankruptcy Dept, P.O. Box 965081, Orlando, FL 32896-0001 |
| 518677358 | + | EDI: CITICORP.COM | Jun 10 2023 00:52:00 | Citibank, P.O. Box 6004, Sioux Falls, SD 57117-6004 |
| 518771403 | | EDI: CITICORP.COM | Jun 10 2023 00:52:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518677359 | + | EDI: CITICORP.COM | Jun 10 2023 00:52:00 | Citibank/Expedia, P.O. Box 6004, Sioux Falls, SD 57117-6004 |
| 518677360 | + | EDI: WFNNB.COM | Jun 10 2023 00:52:00 | Comenity Bank/Arhaus, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 518677361 | + | EDI: WFNNB.COM | Jun 10 2023 00:52:00 | Comenity Bank/Westgate Resoirts, Bankruptcy Department, P.O. Box 183043, Columbus, OH 43218-3043 |
| 518677362 | + | EDI: CITICORP.COM | Jun 10 2023 00:52:00 | Costco/Citibank, P.O. Box 790046, Saint Louis, MO 63179-0046 |
| 518677363 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 09 2023 21:10:10 | Credit One, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 518677364 | | EDI: DISCOVER.COM | Jun 10 2023 00:52:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 518677375 | + | EDI: CITICORP.COM | Jun 10 2023 00:52:00 | Macy's Credit Card, P.O. Box 8061, Mason, OH 45040 |
| 518793377 | | EDI: Q3G.COM | Jun 10 2023 00:52:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518686315 | | EDI: DISCOVER.COM | Jun 10 2023 00:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518677365 | + | EDI: RMSC.COM | Jun 10 2023 00:52:00 | Ethan Allen/Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 518677366 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 09 2023 21:03:00 | First National Bank Omaha, P.O. Box 2557, Omaha, NE 68103-2557 |
| 518756597 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 09 2023 21:03:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha, NE 68197 |
| 518677367 | + | EDI: RMSC.COM | Jun 10 2023 00:52:00 | Gap, Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 518677369 | + | EDI: HFC.COM | Jun 10 2023 00:52:00 | HSBC, PO Box 81622, Salinas, CA 93912-1622 |
| 518793863 | ^ | MEBN | Jun 09 2023 21:01:58 | HSBC Bank USA, N.A., 2929 Walden Ave C17, Attn:Business Services, Depew, NY 14043-2690 |
| 518677368 | | EDI: RMSC.COM | Jun 10 2023 00:52:00 | Home Depot, 2455 Paces Ferry Rd NW, Atlanta, GA 30339 |
| 518704536 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 09 2023 21:04:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 518677370 | + | EDI: RMSC.COM | Jun 10 2023 00:52:00 | JC Penney, Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |
| 518677357 | | EDI: JPMORGANCHASE | Jun 10 2023 00:52:00 | Chase Bank/Bankruptcy, Attn. Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 518677379 | | EDI: JPMORGANCHASE | Jun 10 2023 00:52:00 | Pier 1 Imports, Comenity Bank, P.O. Box 15298, Wilmington, DE 19850 |
| 518720121 | + | Email/Text: RASEBN@raslg.com | Jun 09 2023 21:03:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

Case 20-11209-MBK    Doc 50    Filed 06/11/23    Entered 06/12/23 00:17:03    Desc Imaged
                          Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: 3180W | Total Noticed: 76 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| 518677371 | ^ MEBN | Jun 09 2023 21:01:03 | KIA Motor Finance, P.O. Box 20835, Fountain Valley, CA 92728-0835 |
| 518677372 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 09 2023 21:03:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 519927683 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2023 21:12:07 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519927684 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2023 21:11:17 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518746655 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2023 21:12:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518677374 | + EDI: RMSC.COM | Jun 10 2023 00:52:00 | Lord & Taylor, Bankruptcy Dept, P.O. Box 103104, Roswell, GA 30076-9104 |
| 518677373 | Email/Text: ml-ebn@missionlane.com | Jun 09 2023 21:03:00 | Lendup Card Services, P.O. Box 4517, Carol Stream, IL 60197 |
| 518677377 | Email/Text: ml-ebn@missionlane.com | Jun 09 2023 21:03:00 | Mission Lane, Customer Service, P.O. Box 31535, Tampa, FL 33631 |
| 518677376 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 09 2023 21:03:00 | Marcus/Goldman Sachs, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 518677378 | + EDI: RMSC.COM | Jun 10 2023 00:52:00 | PC Richard & Son, Synchrony Bank, P.O. Box 965061, Orlando, FL 32896-5061 |
| 518677380 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 09 2023 21:03:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 518768980 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 09 2023 21:03:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 518677353 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 09 2023 21:03:00 | BBVA USA, P.O. Box 830696, Birmingham, AL 35283 |
| 518794739 | EDI: PRA.COM | Jun 10 2023 00:52:00 | Portfolio Recovery Associates, LLC, c/o Barclays Bank Delaware, POB 41067, Norfolk VA 23541 |
| 518794792 | EDI: PRA.COM | Jun 10 2023 00:52:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518751010 | EDI: PRA.COM | Jun 10 2023 00:52:00 | Portfolio Recovery Associates, LLC, c/o LORD & TAYLOR, POB 41067, Norfolk, VA 23541 |
| 518779263 | EDI: PRA.COM | Jun 10 2023 00:52:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518677381 | + Email/Text: bknotices@providentnj.com | Jun 09 2023 21:04:00 | Provident Bank, 100 Wood Avenue South, Iselin, NJ 08830-2727 |
| 518728451 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 09 2023 21:04:00 | QUICKEN LOANS INC., QUICKEN LOANS INC., BANKRUPTCY TEAM, 635 WOODWARD AVE., DETROIT MI 48226-3408 |
| 518782868 | EDI: Q3G.COM | Jun 10 2023 00:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518769728 | EDI: Q3G.COM | Jun 10 2023 00:52:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518769472 | EDI: Q3G.COM | Jun 10 2023 00:52:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518677382 | + Email/Text: bankruptcyteam@quickenloans.com | Jun 09 2023 21:04:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518677383 | + EDI: WFFC.COM | Jun 10 2023 00:52:00 | Raymour & Flanigan, c/o Wells Fargo Bank, P.O. Box 10475, Des Moines, IA 50306-0475 |

Case 20-11209-MBK  Doc 50  Filed 06/11/23  Entered 06/12/23 00:17:03  Desc Imaged
Certificate of Notice  Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: 3180W | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| 518677384 | + | EDI: RMSC.COM | Jun 10 2023 00:52:00 | Sam's Club, Synchrony Bank, P.O. Box 965005, Orlando, FL 32896-5005 |
| 518677385 | + | Email/Text: DeftBkr@santander.us | Jun 09 2023 21:04:00 | Santander Bank, P.O. Box 841002, Boston, MA 02284-1002 |
| 518794803 | + | EDI: RMSC.COM | Jun 10 2023 00:52:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518678676 | + | EDI: RMSC.COM | Jun 10 2023 00:52:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518677386 | + | EDI: RMSC.COM | Jun 10 2023 00:52:00 | Synchrony Bank, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 518738388 | + | Email/Text: bncmail@w-legal.com | Jun 09 2023 21:04:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518720236 | + | EDI: CBSTDR | Jun 10 2023 00:52:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518677388 | + | EDI: RMSC.COM | Jun 10 2023 00:52:00 | TJX Companies, Synchrony Bank, P.O. Box 965005, Orlando, FL 32896-5005 |
| 518677387 | + | EDI: WTRRNBANK.COM | Jun 10 2023 00:52:00 | Target, Bankruptcy Dept, P.O. Box 1327, Minneapolis, MN 55440-1327 |
| 518773844 | + | EDI: AIS.COM | Jun 10 2023 00:52:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518677389 | + | EDI: RMSC.COM | Jun 10 2023 00:52:00 | Walmart, Synchrony Bank, P.O. Box 965024, Orlando, FL 32896-5024 |
| 518677390 | + | EDI: WFNNB.COM | Jun 10 2023 00:52:00 | Wayfair, Comenity Bank, Bankruptcy Department, P.O. Box 182273, Columbus, OH 43218-2273 |

TOTAL: 73

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Jun 09, 2023 | Form ID: 3180W | Total Noticed: 76

| | |
|---|---|
| | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Steven J. Abelson | on behalf of Debtor Patrick Mazza sjaesq@atrbklaw.com atrbk1@gmail.com;r49787@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4