| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>ABELSON & TRUESDALE, LLC<br>By: Steven J. Abelson, Esq.<br>ID # SA 7987<br>80 West Main Street<br>P.O. Box 7005<br>Freehold, New Jersey  07728<br>(732) 462-4773<br>Attorney for Debtors | |
| In Re:<br>PATRICK MAZZA | Case No.:   20-11209<br>Chapter:   13<br>Judge:   MBK |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    Patrick Mazza, Debtor
(Example: John Smith, creditor)

Old address:    58 Maremanna Drive
Manalapan, NJ 07726

New address:    625 Spotswood Englishtown Road
Apt. 2210
Monroe, NJ 08831

New phone no.: _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   06/21/2023                    /s/ Susan Sobel
                                       Signature

rev.2/1/16